UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR BERNAL MENDIOLA, et al., | Case No. 5:26-cv-02460-SSC |
| Petitioners, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted;

2. Respondents are enjoined from continuing to detain Petitioners unless no later than **May 26, 2026**, each Petitioner is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that each Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether each Petitioner should be detained pending removal proceedings.  Further, the immigration judge must consider alternative conditions of release and Petitioners' financial circumstances when setting a bond amount.  The Court instructs that the immigration judges presiding at these bond hearings

have the jurisdiction to consider the Petitioners' requests for custody redetermination; and

      3.    The Clerk of Court is directed to close this case.

DATED: May 18, 2026



HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2